UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS C. LINDMAN,                              Case No. 07-15021

        Plaintiff,                       DISTRICT JUDGE
                                                ARTHUR J. TARNOW
v.
                                                MAGISTRATE JUDGE
COMMISSIONER OF SOCIAL                          DONALD A. SCHEER
SECURITY,

        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [DE 10], DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [DE 8], AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [DE 9]

On April 17, 2008, Magistrate Judge Scheer issued a report and recommendation recommending that Defendant's motion for summary judgment be granted, and Plaintiff's motion for summary judgment be denied. The Court has reviewed the record in this case. No objections were filed.

The Report and Recommendation of the Magistrate Judge is hereby ADOPTED and is entered as the findings and conclusions of the Court. Accordingly,

IT IS ORDERED that Plaintiff's motion for summary judgment is DENIED.

IT IS FURTHER ORDERED that Defendant's motion for summary judgment is GRANTED.

SO ORDERED.

        S/ARTHUR J. TARNOW
        Arthur J. Tarnow
        United States District Judge

Dated: July 17, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 17, 2008, by electronic and/or ordinary mail.

        S/THERESA E. TAYLOR
        Case Manager